# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVARO AVILES,<br><br>                Plaintiff,<br><br>   v.<br><br>SUBARU OF AMERICA, INC.,<br><br>                Defendant.| Case No. 1:18-cv-01544-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' REQUEST TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS**<br><br>(Doc. 32) |

**ORDER**

The Court held a settlement conference in this case on July 2, 2019, and after productive settlement discussions, continued the settlement conference to July 8, 2019. (*See* Docs. 24, 25, 26.) On July 8, 2019, the parties settled the case and placed the settlement terms on the record. (Doc. 27.) The Court directed the parties to file their notice of settlement by no later than July 10, 2019, and their dismissal documents by no later than two days after the Court entered an order on any motion for attorney's fees. (*Id.*)

The parties filed their notice of settlement on July 10, 2019, which states that the parties will file their dismissal documents "[o]nce all terms of the settlement are completed and payment is received by the Plaintiff, and after payment of Plaintiff's attorney fees, cost and expenses to be determined by agreement of the parties or by noticed motion[.]" (Doc. 28 at 2.) To date, Plaintiff has not filed a motion for attorney's fees and the parties have not filed dismissal documents.

On October 9, 2019, the Court entered a minute order directing the parties to file a status report apprising the Court of the status of the settlement and dismissal of the case. (Doc. 31.) The parties filed a Joint Status Report on October 15, 2019. (Doc. 32.) In the status report, the parties

represent that Defendant has paid Plaintiff the agreed settlement amount but that the parties have not yet completed all settlement terms. (*Id.* at 2.) Specifically, the parties represent that the issue of attorneys' fees, costs, and expenses remains outstanding. (*Id.*) The parties hope to resolve the issue informally, but Plaintiff intends to file a motion for attorneys' fees if the parties are unable to reach an agreement. (*Id.*)

The parties request 60 additional days, until December 16, 2019, to file their dismissal documents. (*Id.*) For good cause shown, pursuant to Local Rule 160(b), the Court ORDERS that, **by no later than December 16, 2019**, Plaintiff shall file either (1) joint dispositional documents requesting dismissal of the case due to a settlement, or (2) his motion for attorneys' fees.

IT IS SO ORDERED.

Dated: **October 17, 2019**         /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE